1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA

                             **SACRAMENTO DIVISION**

| | |
|---|---|
| MEE YANG, | CIVIL NO. 1:09-CV-00790 DLB |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | |
|     Defendant. | |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 44 days, up to and including October 23, 2009, to lodge the certified administrative record.  This request is being made because, due to an unusually high instance of cases with Plaintiff's last name coming to federal court around the same time, the Appeals Council inadvertently neglected to create a certified administrative record in this case.  The Council is in possession of the claim file and is in the process of preparing the certified record.  The Commissioner will lodge the administrative record as soon as possible.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 10, 2009

/s/ *Laura L. Krank*
(As authorized via email)
LAURA L. KRANK
Attorney for Plaintiff

Dated: September 10, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   September 11, 2009**            **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE