1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MEE YANG, | CIVIL NO. 1:09-CV-00790 DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time, up to and including March 31, 2010, to respond to Plaintiff's Opening Brief. This request is being made because, for the first two weeks of March, the undersigned counsel for the Commissioner has had a heavy work load including 5 district court briefs/responses due plus a Ninth Circuit mediation conference and a Ninth Circuit argument on Friday, March 12, 2010. In preparing for the oral argument, counsel has experienced an unexpected difficulty in that two of the senior attorneys scheduled to participate in her moot court were unable to participate due to a conflict that did not arise until it was too late to substitute other senior attorneys in the Commissioner's regional office. As a result of this unforseen conflict, the undersigned counsel for the Commissioner will not have the benefit of senior counsel in preparing for the oral argument and must expend additional time ensuring that she is properly prepared. She is thus unable to complete the

Commissioner's brief in and file it today as she had planned.  Currently, counsel has 6 additional district court briefs due between March 15 and 31, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 10, 2010           /s/ *Laura L. Krank*
                                (As authorized via telephone)
                                LAURA L. KRANK
                                Attorney for Plaintiff

Dated: March 10, 2010           BENJAMIN WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **March 11, 2010**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE